1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  HANNAH R. LABAREE, Bar #294338
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   ELIODORO CERRATO MARTINEZ
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:11-cr-00449-AWI-BAM-3 |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| ELIODORO CERRATO MARTINEZ, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge: Honorable ANTHONY W. ISHII |

Defendant, ELIODORO CERRATO MARTINEZ, by and through his attorney, Assistant Federal Defender HANNAH R. LABAREE, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  On January 14, 2013, this Court sentenced Mr. Martinez to a total term of 78 months imprisonment, comprised of 48 months on Count 1 and 30 months on Count 2, to be served consecutively;

3. His total offense level was 26, his criminal history category was II, and the resulting guideline range was 70 to 87 months;

4. The sentencing range applicable to Mr. Martinez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, with an effective date of November 1, 2015;

5. Mr. Martinez' total offense level has been reduced from 26 to 25, and his amended guideline range is 63 to 78 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Martinez' term of imprisonment to a total term of 63 months, comprised of 48 months on Count 1 and 15 months on Count 2, to be served consecutively, provided however, that if, as of November 1, 2015 (the effective date of this reduction), this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

Respectfully submitted,

| | |
|---|---|
| Dated: August 20, 2015 | Dated: August 20, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/  *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney | /s/ *Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>ELIODORO CERRATO MARTINEZ |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Martinez is entitled to the benefit Amendment 782, which reduces the total offense level from 26 to 25, resulting in an amended guideline range of 63 to 78 months.

1  IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2013 is reduced to a total term of 63 months, comprised of 48 months on Count 1 and 15 months on Count 2, to be served consecutively, provided however, that if, as of November 1, 2015 (the effective date of this reduction), this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Martinez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  August 20, 2015                           _____
                                                  SENIOR  DISTRICT  JUDGE