AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)         Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:11-cr-00449-DAD-BAM   Document 170   Filed 08/28/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.
ELIODORO CERRATO MARTINEZ

Case No: 1:11CR00449-003
USM No: 68117-097

Date of Original Judgment: 01/14/2013
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

Hannah Labaree, FD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  78  months **is reduced to**  63 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence.

Except as otherwise provided, all provisions of the judgment dated  01/17/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/28/2015

/s/ ANTHONY W. ISHII
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Senior United States District Judge Anthony W. Ishii
*Printed name and title*